IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RIGOBERTO VALDEZ-VILLANEVA, #38519-177 | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:16cv495 CRIMINAL ACTION NO. 4:08cr225(2) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to a United States Magistrate Judge. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the motion to vacate, set aside or correct sentence is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 9th day of January, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE